# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

| | |
|---|---|
| **USA v. JAVIER RODRIGUEZ TIJERINA, JR** | **Case No.  2:08-CR-2135-RMP-1**<br>**2:19-CR-0115-RMP-1** |

**Initial Appearance on Supervised Release Petition (Status Hearing as FTA):**  02/18/2020

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | James Goeke, US Atty |
| ☒ | Joshua Schull, US Probation / Pretrial Services Officer | ☒ | Matt Campbell, Defense Atty |
| ☐ | Defendant present ☐ in custody USM ☐ out of custody | ☒ | Interpreter **NOT REQUIRED** |
| | | ☒ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☐ | Rights given |
| ☐ | USA not seeking detention | ☐ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☐ | Defendant received copy of violation petition |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant failed to appear as he is currently incarcerated at Spokane County Jail on local charges. Warrant was previously issued so no further action necessary at this time. Government will file a motion to writ Defendant into federal custody.