PROB 12C
(6/16)

Report Date: March 11, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier R. Tijerina | Case Number: 0980 2:19CR00115-RMP-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 17, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 46 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (July 8, 2021) | Prison - 2 months; TSR - 34 months | | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | October 21, 2021 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: | August 20, 2024 |

### PETITIONING THE COURT

To issue a summons.

On October 28, 2021, the undersigned officer reviewed the conditions of supervision with Mr. Tijerina. He signed his judgment acknowledging that he understood his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged Mr. Tijerina is in violation of his condition of supervised release by failing to attend substance abuse treatment at Pioneer Human Services on the following dates: December 22 and 29, 2021; January 4, 5, 26; February 2, 9, 16; and March 2 and 9, 2022. |

Prob12C
Re: Tijerina, Javier R.
March 11, 2022
Page 2

        On November 19, 2021, Mr. Tijerina participated in a drug and alcohol assessment at Pioneer Human Services and it was recommended he participate and successfully complete outpatient treatment, which requires him to attend substance abuse treatment 1 day per week.

        As referenced above, Mr. Tijerina has failed to attend numerous substance abuse treatment groups at Pioneer Human Services. The treatment provider has indicated that Mr. Tijerina's last contact with their agency was on or around January 19, 2022. Mr. Tijerina is in jeopardy of being unsuccessfully discharged from treatment.

2    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged Mr. Tijerina is in violation of his conditions of supervised release by failing to appear for urinalysis testing as directed on February 17, 2022.

        On February 17, 2022, the color of the day for random urinalysis testing at Pioneer Human Services was gold 3, Mr. Tijerina's assigned color for urinalysis testing. On February 18, 2022, the undersigned officer was notified that he failed to appear for urinalysis testing as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 11, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer
3/9/2022
Date