PROB 12C
(6/16)

Report Date: March 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier Rodriguez Tijerina | Case Number: 0980 2:19CR00115-RMP-1 |
| Address of Offender: Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 17, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury 18 U.S.C. §§ 113(a)(6), 7(3) and 2 | | |
| Original Sentence: | Prison - 46 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence (July 8, 2021) | Prison - 2 months TSR - 34 months | | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: October 21, 2021 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 20, 2024 | |

### PETITIONING THE COURT

To **issue a <u>WARRANT</u>** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/11/2022.

On October 28, 2021, the undersigned officer reviewed the conditions of supervision with Mr. Tijerina. He signed his judgment acknowledging that he understood his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Tijerina is in violation of his conditions of supervised release by using methamphetamine and fentanyl on or around March 24, 2022. |
| | On March 25, 2022, Mr. Tijerina reported to the probation office to submit to urinalysis testing. He disclosed that his urinalysis test would be positive for methamphetamine and fentanyl. He signed an admission form admitting to the use of illicit drugs on March 24, 2022. |

Prob12C
Re: Tijerina, Javier Rodriguez
March 28, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 28, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

3/28/2022

Date