PROB 12C
(6/16)

Report Date: August 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Rodriguez Tijerina     Case Number: 0980 2:19CR00115-RMP-1

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 17, 2016

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6), 7(3) and 2 |
| Original Sentence: | Prison - 46 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence (July 8, 2021) | Prison - 2 months; TSR - 36 months |
| Asst. U.S. Attorney: | George J.C. Jacobs, III |
| | Date Supervision Commenced: October 21, 2021 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: August 20, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/22/2022.

On October 28, 2021, the undersigned officer reviewed the conditions of supervision with Mr. Tijerina. He signed his judgement acknowledging that he understood his conditions of supervision

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Tijerina is in violation of his conditions of supervised release by associating with a convicted felon, (N.H.) on or around August 14, 2022. |
| | On or around August 14, 2022, deputies with the Spokane County Sheriffs's Department were dispatched to an assault call at a residence in Spokane Valley, Washington, report |

Prob12C
Re: Tijerina, Javier Rodriguez
August 29, 2022
Page 2

number 2022-10106206. A witness observed N.H. with a hatchet in her hand, arguing with Javier Tijerina. The witness then watched another individual attempt to break up the altercation. N.H. raised the hatchet above her head in a threatening manner and approached the individual. N.H. and Mr. Tijerina then left in a vehicle together. N.H. is a convicted felon and on supervision with the Washington State Department of Corrections. Mr. Tijerina has been directed previously that he is not to associate with her.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/August 29, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*(signature)*

Signature of Judicial Officer

8/29/2022

Date