PROB 12C
(6/16)

Report Date: March 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Rodriguez Tijerina, Jr.            Case Number: 0980 2:19CR00115-RMP-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 17, 2016

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6), 7(3) and 2 | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 8, 2021) | Prison - 2 Months; TSR - 34 Months | |
| Revocation Sentence: (September 6, 2022) | Prison - 4 Months; TSR - 30 Months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: December 5, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: June 4, 2025 |

## PETITIONING THE COURT

To **issue a SUMMONS**.

On December 7, 2022, Mr. Javier Rodriguez Tijerina, Jr., signed his conditions relative to case number 2:19CR00115-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Tijerina is alleged to have violated mandatory condition number 3 by ingesting Buprenorphine (commonly known as Suboxone), a prescription medication not prescribed to the client, on or about February 19, 2023, based on both urinalysis testing and the client's admission of such use. |

Prob12C
Re: Tijerina, Jr., Javier Rodriguez
March 3, 2023
Page 2

Specifically, on Friday, February 24, 2023, the undersigned officer received notification from the Spokane Residential Reentry Center (RRC) key staff that Mr. Tijerina had tested positive for the prescription medication Suboxone during urinalysis testing previously occurring on February 19, 2023. The facility confirmed that Mr. Tijerina did not possess a prescription for the medication. The reporting staff member did provide the lab report in question and indicated that as a result, they were mandated to discharge the client from services given their zero tolerance policy. Staff verified that Mr. Tijerina was able to secure temporary residency at a local motel in Spokane, and Mr. Tijerina was unsuccessfully discharged from the facility on the day in question.

On February 27, 2023, Mr. Tijerina was contacted telephonically by the undersigned officer, and admitted to ingesting the substance after it was offered to him by another party.

2    **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Tijerina is alleged to have violated special condition number 2, by being unsuccessfully discharged from the Spokane Residential Reentry Center (RRC) on February 24, 2023, due to submitting a confirmed positive urinalysis sample for a prescription medication not prescribed to the client.

Specifically, on Friday, February 24, 2023, the undersigned officer received notification from the Spokane Residential Reentry Center (RRC) key staff that Mr. Tijerina had tested positive for the prescription medication Suboxone during urinalysis testing previously occurring on February 19, 2023. The facility confirmed that Mr. Tijerina did not possess a prescription for the medication. The reporting staff member did provide the lab report in question and indicated that as a result, they were mandated to discharge the client from services given their zero tolerance policy. Staff verified that Mr. Tijerina was able to secure temporary residency at a local motel in Spokane, and Mr. Tijerina was unsuccessfully discharged from the facility on the day in question.

On February 27, 2023, Mr. Tijerina was contacted telephonically by the undersigned officer, and admitted to ingesting the substance after it was offered to him by another party.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 3, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Tijerina, Jr., Javier Rodriguez
March 3, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

3/3/2023
_____
Date