PROB 12C
(6/16)

Report Date: May 25, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 25, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Rodriguez Tijerina, Jr.    Case Number: 0980 2:19CR00115-RMP-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 17, 2016

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6), 7(3) and 2 | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 8, 2021) | Prison - 2 Months; TSR - 34 Months | |
| Revocation Sentence: (September 6, 2022) | Prison - 4 Months; TSR - 30 Months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: December 5, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: June 4, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/03/2023.

On December 7, 2022, Mr. Javier Rodriguez Tijerina, Jr., signed his conditions relative to case number 2:19CR00115-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Tijerina is alleged to have violated mandatory condition number 3 by ingesting both fentanyl and methamphetamine on at least two separate occasions, occurring on or about May 18, 2023, based on both urinalysis testing and the client's admission of such use. |

Prob12C
Re: Tijerina, Jr., Javier Rodriguez
May 25, 2023
Page 2

Specifically, on May 16, 2023, Mr. Tijerina was directed by the undersigned officer, through text messaging, to report to the U.S. Probation Office the following day, May 17, 2023, for random urinalysis testing.

On May 17, 2023, Mr. Tijerina reported as directed and attempted to submit a urinalysis sample while under the surveillance of a United States Probation Officer. During the testing process, concerns were identified by the officer that the client was attempting to circumvent the testing process, a belief that Mr. Tijerina continues to deny. As a result, and due to the late hour of the workday, Mr. Tijerina was directed to report back to the U.S. Probation Office on May 18, 2023, at 8 a.m., for further testing. On May 18, at 9 a.m., the undersigned officer contacted Mr. Tijerina telephonically to inquire why he had failed to report as directed. Mr. Tijerina indicated that he was just waking up and committed to reporting.

At approximately 9:57 a.m., Mr. Tijerina reported as directed, and admitted to ingesting both Fentanyl and methamphetamine as previously occurring on or about May 17, 2023, although later clarified that he had in fact used the substances after his attempt to provide a urinalysis sample for testing. Mr. Tijerina also later clarified that he had used the substances on the day in question on two separate occasions. Mr. Tijerina did sign a drug use admission form, serving to document his admission and a sweat patch was applied to his person. Mr. Tijerina did commit to entering into detox services on May 19, 2023, which he indicated was being facilitated by his current housing provider.

| | |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Tijerina is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about May 23, 2023, based on both urinalysis testing and the client's admission of such use.

Specifically, on May 23, 2023, the undersigned officer conducted a scheduled home contact with the client at his residence in Spokane, which also serves as a couple's clean and sober home operated by a local community provider. Mr. Tijerina had been given advanced notice by the undersigned officer that it was the undersigned officer's intent to collect a urinalysis sample from him as a part of the contact.

As a part of the undersigned officer's scheduled home contact, Mr. Tijerina was provided opportunities on two separate occasions to submit to urinalysis testing as previously discussed. Mr. Tijerina proved unable to do so on both occasions. Mr. Tijerina denied his use of any illicit substance since his previously admitted conduct as outlined in alleged violation number 3 in this petition. Mr. Tijerina was directed to report to the U.S. Probation Office on the day in question for testing to which he committed. Mr. Tijerina's previously applied sweat patch was also removed as a part of the contact, and these test results remain pending.

Mr. Tijerina subsequently reported to the U.S. Probation Office in Spokane, as directed, and did submit to urinalysis testing, with the sample testing presumptive positive for methamphetamine. Mr. Tijerina denied any use occurring beyond that as previously admitted to the undersigned officer. At approximately 4 p.m., the undersigned officer received notification from the client's assigned housing director who indicated a concern had been

Prob12C
Re: Tijerina, Jr., Javier Rodriguez
May 25, 2023
Page 3

identified within the house regarding the client's girlfriend, and upon confronting the parties and offering resources, both parties instead chose to leave the residence. The provider indicated that they had therefore been terminated from their services, to include housing accommodations. A subsequent attempt by the undersigned officer to contact the client went without response, and a text message was sent to the client directing him to report the following day prior to 9 a.m.

On May 24, 2023, Mr. Tijerina reported as directed and was confronted as to any recent use of any illicit substance. Mr. Tijerina admitted to previous use of methamphetamine occurring yesterday, after their decision to leave the house, a decision which he stated they had since regretted. Mr. Tijerina did sign a drug use admission form serving to document his admitted use of methamphetamine as previously occurring on May 23, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 25, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/25/2023
Date