PROB 12C
(6/16)

Report Date: June 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Rodriguez Tijerina, Jr.     Case Number: 0980 2:19CR00115-RMP-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Michael W. Mosman, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 17, 2016

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6), 7(3) and 2 | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 8, 2021) | Prison - 2 Months; TSR - 34 Months | |
| Revocation Sentence: (September 6, 2022) | Prison - 4 Months; TSR - 30 Months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: December 5, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: June 4, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/03/2023 and 05/25/2023.

On December 7, 2022, Mr. Javier Rodriguez Tijerina, Jr., signed his conditions relative to case number 2:19CR00115-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Javier Tijerina Jr. is alleged to have violated mandatory condition number 1 by being arrested on May 30, 2023, for the offense of Second Degree Retail Theft with Special Circumstances, in violation of R.C.W. 9A.56.360, a Class C felony. |

Prob12C
Re: Tijerina, Jr., Javier Rodriguez
June 1, 2023
Page 2

Specifically, on May 30, 2023, automated notification was received by the U.S. Probation Office indicating that the client's name had been run on a multitude of occasions by local law-enforcement. Mr. Tijerina was later verified by the U.S. Probation Office to have been booked into custody at the Spokane County Jail on the day in question.

On May 31, 2023, police reports were received relative to this matter. According to reports, on May 30, 2023, both the client and his girlfriend were present in a retail store in Spokane, and subsequently drew the attention of loss prevention officers. Officers observed the parties select a notable amount of items from store shelves, prior to entering the same changing stall. Upon the parties exiting the stall, loss prevention officers verified that very little merchandise remained in the changing room, and noted that the client's girlfriend's purse, which was previously observed to be relatively empty, now appeared full. Loss prevention officers pursued the parties as they exited the store without paying.

Loss prevention staff contacted Spokane Police Department officers who were able to respond to the location, subsequently taking both parties into custody without incident. It should be noted that upon being contacted by law enforcement, the client refused to provide his name, repeatedly claiming he "didn't do anything wrong." A search of Mr. Tijerina's person conducted incident to arrest, resulted in officers locating his Washington State identification card identifying him as Javier Tijerina. Officers also noted that he was in fact wearing a pair of blue pants underneath his sweat pants that still had an electronic theft prevention tag affixed that was wrapped in tinfoil. The officer indicated in the report that based on his training and experience, wrapping electronic theft prevention tags in tinfoil is a common way to try and defeat store security systems.

The value of the items removed from the store by Mr. Tijerina and his girlfriend was determined to be $761.15. Based on the value of those items removed from the store, in conjunction with the use of tinfoil fashioned in a manner specifically designed to circumvent store security systems, the officer concluded the report noting that probable cause appeared to exist to charge both the client, as well as his girlfriend, with second degree retail theft with special circumstances, a Class C felony.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 1, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Tijerina, Jr., Javier Rodriguez
June 1, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

6/1/2023
Date